# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CURTIS ANTHONY YOUNG,

    Plaintiff,

    v.

MS. SPYKER, *et al.*,

    Defendants.

CIVIL ACTION NO. 1:23-cv-01839

(SAPORITO, J.)

## ORDER

**AND NOW**, this 3rd day of March, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1.    Plaintiff's motion for summary judgment (Doc. 51) is **DENIED**. Defendants' motion for summary judgment (Doc. 60) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiff.

2.    The Clerk is directed to mark this case as **CLOSED**.

Dated: March 3, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge